## S. G. LINEER *vs.* LOUISA K. GIRRBACH.

January 11, 1886.

Evidence *held* sufficient to sustain the finding.

The plaintiff brought this action in the municipal court of Minneapolis, upon a promissory note signed "Louisa K. Girrbach by G. F. Girrbach." The answer denies that defendant ever made, executed, or delivered the note. The action was tried by the court without a jury, and judgment directed for plaintiff. Defendant appeals from an order refusing a new trial.

*Albert Knittle,* for appellant.

*Ueland, Shores & Holt,* for respondent.

*By the Court.* The evidence, especially on the point of ratification by defendant of G. F. Girrbach executing the note in question in her name, was such that the finding on that point cannot be disturbed.

Order affirmed.